UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 19-112 (MJD/BRT) |
| | ) | |
| Plaintiff, | ) | **ORDER FOR EXTENSION OF TIME** |
| | ) | **TO FILE OBJECTIONS TO** |
| v. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |
| JERRY LEAVALE HICKS, | ) | |
| | ) | |
| Defendant. | ) | |

Benjamin Bejar, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Andrew H. Mohring, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

This matter is before the Court upon Defendant's Motion for Extension of Time to File Objections to the Report and Recommendation issued by United States Magistrate Judge Leo I. Brisbois on September 16, 2019. (ECF No. 58). The extension of time is requested to allow the parties to pursue settlement negotiations.

**IT IS HEREBY ORDERED** that:

Objections to the Report and Recommendation shall be filed electronically with the Clerk of Court by October 10, 2019.

Dated: September 26, 2019

/s Michael J. Davis
Michael J. Davis
United States District Court