UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,                    Case No. 19-cr-112 (MJD/BRT)

    Plaintiffs,

v.                                             ORDER

Jerry Leavale Hicks,

    Defendant.

---

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Becky R. Thorson dated September 16, 2019 [Doc. No. 58] recommending that Defendant's motions to suppress evidence and statements be denied. Defendant has filed objections to the Report and Recommendation and the government has submitted its response.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 33] is DENIED; and

2. Defendant's Motion to Suppress Statements, Admissions, and Answers [Doc. No. 34] is DENIED.

Dated:  December 2, 2019                         /s Michael J. Davis
                                                                  Michael J. Davis
                                                                   United States District Court