UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 19-112 (MJD/BRT) |
| | ) | |
| Plaintiff, | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE POSITION PLEADINGS** |
| | ) | |
| JERRY LEAVALE HICKS, | ) | |
| | ) | |
| Defendant. | ) | |

---

Benjamin Bejar, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Douglas Olson, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

The Defendant's Motion for Extension of Time is GRANTED.

**IT IS HEREBY ORDERED** that:

Position Papers shall be due by March 25, 2020.

Dated: March 9, 2020

/s Michael J. Davis
Michael J. Davis
United States District Court